AYC
5/15/18

FILED

2018 MAY 15  AM 11: 24

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____TPV_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. '18MJ8746 |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 8, U.S.C., Section 1325 Attempted Illegal Entry (Misdemeanor) |
| Jonathan RODRIGUEZ-Rodriguez, | |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about May 14, 2018 within the Southern District of California, defendant, Jonathan RODRIGUEZ-Rodriguez, an alien, did knowingly and willfully attempt to enter the United States at a place other than as designated by immigration officers, eluding examination and inspection by Immigration Officers, a misdemeanor; in violation of Title 8, United States Code, Section 1325.

1    And this complaint is based on the attached Statement of Facts, which is incorporated

2   herein by reference.

3

4

5

6                                              ANNA DAVALOS
                                               BORDER PATROL AGENT
7

8    SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 15th

9   DAY OF MAY 2018.

10

11

12                                             HON. PETER C. LEWIS
                                               U.S. MAGISTRATE JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES OF AMERICA

v.

Jonathan RODRIGUEZ-Rodriguez

## STATEMENT OF FACTS

This complaint is based upon the investigative report of Border Patrol Agent (BPA) T. Mc Mann that defendant Jonathan RODRIGUEZ-Rodriguez (RODRIGUEZ) attempted to enter the United States, and was arrested on May 14, 2018, near Andrade, California.

On May 14, 2018, BPA T. Mc Mann was conducting line watch duties west of the Andrade, California Port of Entry. This desert area consists of a large canal and small ravines. Illegal aliens commonly use this area due to its seclusion, low presence of law enforcement.

At approximately 7:25 p.m., Remote Video Surveillance System (RVSS) operators observed an individual, later identified as RODRIGUEZ, climb over the United States/Mexico International Boundary Fence 1 mile west of the Andrade Port of Entry. RVSS reported their observation over the service radio and adviced that the individual proceeded to walk north. BPA Mc Mann responded to the area and located RODRIGUEZ, approximately .2 miles north of the United States/Mexico International Boundary. BPA Mc Mann identified himself as a BPA and questioned RODRIGUEZ as to his citizenship. BPA Mc Mann ascertained RODRIGUEZ is a citizen of Honduras without the proper documentation to enter, work, or reside in the United States legally. BPA Mc Mann then placed RODRIGUEZ under arrest.

RODRIGUEZ was read his rights as per Miranda. RODRIGUEZ stated he understood his rights and was willing to answer questions without the presence of an attorney.

3

1  RODRIGUEZ stated he is a citizen of Honduras.  RODRIGUEZ stated he did not possess

2  any documentation allowing him to be, work, or reside in the United States legally.

3      Record checks revealed that RODRIGUEZ was ordered removed by an Immigration

4

5  Judge on October 2, 2015 and most recently removed from the United States on October 22,

6  2015. There is no evidence showing RODRIGUEZ has applied for and sought or received

7  permission from the United States Attorney General or the Secretary of the Department of

8

9  Homeland Security to enter the United States.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28